Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
Jasmine Behroozan, SBN 325761
jasmine@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff and Proposed Class*

Kristina M. Launey, SBN 221335
klauney@seyfarth.com
**SEYFARTH SHAW LLP**
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

*Attorneys for Defendant Cort Business Services Corporation*

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULISSA COTA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CORT BUSINESS SERVICES CORPORATION., a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO.: 3:20-cv-01995-CAB-DEB<br><br>Honorable Judge Cathy Ann Bencivengo<br>Magistrate Judge Daniel E. Butcher<br><br>**JOINT MOTION TO DISMISS WITH PREJUDICE, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br>Complaint Filed:   October 12, 2020<br>Trial Date:             None Set |

1

JOINT MOTION TO DISMISS WITH PREJUDICE, PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to Rule 41(a)(1)(A)(ii) and 41(a)(1)(B), Plaintiff JULISSA COTA and Defendant CORT BUSINESS SERVICES CORPORATION by and through their respective attorneys, submit this joint motion to request the dismissal of the above-captioned case, in its entirety and with prejudice, each party to bear her or its own attorneys' fees and costs.

DATED: April 28, 2021                    WILSHIRE LAW FIRM

By: */s/ Thiago Coelho*_____
   Thiago Coelho
   *Attorneys for Plaintiff and Proposed Class*

DATED: April 28, 2021                    SEYFARTH SHAW LLP

By: */s/ Kristina M. Launey*_____
   Kristina M. Launey
   *Attorneys for Defendant Cort Business Services Corporation*

2
JOINT MOTION TO DISMISS WITH PREJUDICE, PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Kristina M. Launey, counsel for Defendant CORT BUSINESS SERVICES CORPORATION, and that I have obtained Ms. Launey's authorization to affix her electronic signature to this document.

DATED:  April 28, 2021            Respectfully Submitted,

                        By: */s/ Thiago Coelho*
                            Thiago Coelho
                            Attorneys for Plaintiff JULISSA COTA